# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| NICKI BOYD,<br>      Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>      Respondent. | No. 74577 ✓ |
| NICKI BOYD,<br>      Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>      Respondent. | No. 74578 |

**FILED**

JAN 2 6 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEALS*

These appeals were initiated by the filing of pro se notices of appeal. Eighth Judicial District Court, Clark County; Douglas Smith, Judge.

Appellant filed the notices of appeal on November 2, 2017, and November 9, 2017. The notices of appeal fail to identify any decisions of the district court. Further, it does not appear from the district court docket and minute entries that the district court has entered any appealable order. Accordingly, we conclude that we lack jurisdiction to consider these appeals, and we

ORDER these appeals DISMISSED.

_____, J.
  Cherry

_____, J.
  Parraguirre

_____, J.
  Stiglich

18-03814

cc: Hon. Douglas Smith, District Judge
    Nicki Boyd
    Attorney General/Carson City
    Clark County District Attorney
    Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A